# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>GILBERTO ACEVEDO-ISIORDIA(1),<br><br>　　　　　　　　Defendant. | CASE NO. 13CR0992-JM<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__　an indictment has been filed in case 13cr1896-JM against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　the Court has dismissed the case for unnecessary delay; or

____　the Court has granted the motion of the Government for dismissal, without prejudice; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

__X__　of the offense(s) as charged in the Information:

18:1544 - Misuse of Passport

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/30/2013

*Barbara L. Major*
Barbara L. Major
U.S. Magistrate Judge